MAYFLOWER AMUSEMENT CORPORATION, Appellant, v. SAM KAPLAN, as President of the International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators Union of the United States and Canada, Local 306, an Unincorporated Organization of Seven or More Members, Respondent.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and the motion for an injunction *pendente lite* granted, with ten dollars costs, restraining the defendant and his agents, during the pendency of the action, from picketing and patrolling in front of the plaintiff's theatre, carrying any cards or devices stating that there is a strike at that theatre, or by using any similar language thereon; that they be restrained from using trucks with loud speakers or music, which will drive back and forth in front of the theatre and stop at the curb and attract crowds; and that he and his agents be restrained from canvassing amongst people in the neighborhood stating to them that there is a strike on at the theatre, that there is likely to be violence and disorder, and people, and particularly children, are likely to be hurt, or making any statements of a similar nature, or distributing in the neighborhood circulars of like character. The facts appearing in the record, many of which are admitted, indicate a lawless attitude on the part of the defendant union prejudicial to peace and good order and constituting an irreparable injury to the plaintiff's business. Lazansky, P. J., Kapper, Tompkins and Davis, JJ., concur; Scudder, J., not voting.

HELEN McLAUGHLIN, Appellant, v. MICHAEL SHAYTH, Respondent.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs; inspection to take place on five days' notice. It appears from the motion papers that the statement in question relates to the merits of the action or the defense therein, and that justice requires an inspection thereof by the plaintiff. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

RAY MEHL, Appellant, v. HENRY MEHL, Respondent.— Order discharging defendant from imprisonment in civil jail affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

MUNICIPAL BANK AND TRUST COMPANY, Respondent, v. CINAK REALTY CORPORATION and Others, Defendants, STOCKMAN REALTY CORPORATION, Respondent, FACTORS HOLDING CORPORATION, Assignee, Respondent, MORRIS KARSH, Assignee, Respondent, and GEORGE C. MANNING, JR., Receiver, Appellant.— Order denying motion to bring in Kugel and Telsey as parties to the proceeding affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

EILEEN NONNENBACHER, Respondent, v. FRANK NONNENBACHER, Appellant. — Order reversed upon the facts, without costs, motion to modify granted, and amount of alimony reduced to twenty dollars a week beginning with the date of the entry of the order herein, with leave to plaintiff to apply to the Special Term for an increase in the amount of alimony upon showing changed circumstances. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.